IARIA BROTHERS, INC. v. ALLSTATE INSURANCE COMPANY.

October 20, 1981.

Petition for certification granted.

EDWARD MAINARDI v. BOROUGH OF KINNELON.

October 20, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. ALEXANDER SANTOS.

October 20, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM SLOAN.

October 20, 1981.

Petition for certification denied.